IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:17cr135 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Senior Judge Christopher A. Boyko |
| GREGORY KASPERSKI, | ) ) | |
| Defendant. | ) ) | ORDER |

This matter was before the Court on June 15, 2021, for hearing on the Government's request for revocation of Defendant Gregory Kasperski's supervised release.  The Defendant was present and represented by counsel.

An Initial Supervised Release Violation hearing was held by Magistrate Judge Jonathan D. Greenberg on May 12, 2021, at which defendant admitted to the violations contained in the Violation Report.  The Magistrate Judge issued a Report and Recommendation on May 12, 2021. The Court adopts the Magistrate Judge's Report and Recommendation and finds Defendant in violation of Supervised Release as to Violation No. 1,  Failure to make restitution payments; and Violation No. 2, Failure to provide officer with requested financial information.

Defendant's supervision to continue with the same conditions as previously imposed, but with the following added condition: thirty (30) days home confinement with work privileges.

IT IS SO ORDERED.

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
SENIOR UNITED STATES DISTRICT JUDGE

DATED: 6/16/21